UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| FRED MARCANTEL and<br>CINDY MARCANTEL | CIVIL ACTION NO. 07-381 |
| VERUS | JUDGE MELANÇON |
| UNIT PETROLEUM COMPANY and<br>CIMAREX ENERGY COMPANY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT OF DISMISSAL

The Court is in receipt of a letter from counsel for the plaintiffs, a copy of which is appended hereto, advising that the parties have settled this matter. Therefore, based on the representations of counsel, it is

**ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

**THUS DONE AND SIGNED** in Lafayette, Louisiana this 16th day of October, 2007.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE